UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SCHIAVONE CONSTRUCTION CO., INC.,
SCHIAVONE CONSTRUCTION CO., INC./GRANITE
HALMAR, a joint venture and NEW YORK CITY
TRANSIT AUTHORITY,

     Plaintiffs,

 -against-

LIBERTY MUTUAL INSURANCE COMPANY,

     Defendant.
-------------------------------------------------------------------------x

Civil Action No.

**LIBERTY MUTUAL'S LOCAL
CIVIL RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: New York, New York
    March 11, 2008

Respectfully submitted,

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner (MTP-3552)
Barak P. Cardenas, Esq. (BC-1276)
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000