# JAFFE & ASHER LLP
### ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

ESTABLISHED 1974

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

RECEIVED MAR 25 2008 CHAMBERS OF JUDGE MARRERO

NEW JERSEY OFFICE
1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-8074 (FAX)

March 20, 2008

**BY REGULAR MAIL**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

> Re:  Schiavone Constr. Co., Inc., et al. v. Liberty Mut. Ins. Co.
>      Index No.  :  08 cv 2523

Dear Judge Marrero:

Our firm represents defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual") in the above-entitled action. Liberty Mutual requests an extension of its time to file and serve its Answer to the Plaintiffs' Complaint. The current deadline for Liberty Mutual to file and serve its Answer is March 29, 2008. Liberty Mutual requests that the Court extend this deadline to April 23, 2008. Plaintiffs' counsel has consented to this extension provided that Liberty Mutual agrees to waive its defense to personal jurisdiction and Liberty Mutual has agreed to do so. There have been no prior requests to extend the deadline for Liberty Mutual to interpose its Answer in this action.

Thank you for your attention to this matter. If you have any questions, please call me at (212) 687-3000, ext. 2531.

Respectfully,

Jaffe & Asher LLP

By: _____
Barak P. Cardenas, Esq. (BC-1276)
Marshall T. Potashner, Esq. (MTP-3552)

BPC:bc
cc:    Greenblatt Lesser LLP
       370 Lexington Avenue, Suite 505
       New York, New York  10017
       Attn.: Gershon D. Greenblatt, Esq.

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 4/23/08.

SO ORDERED.

3-24-08
DATE        VICTOR MARRERO, U.S.D.J.