UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SCHIAVONE CONSTRUCTION CO., INC.,
SCHIAVONE CONSTRUCTION CO.,
INC./GRANITE HALMAR, a joint venture
and NEW YORK CITY TRANSIT AUTHORITY,

Plaintiffs,

- against -

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 08 cv 2523

STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiffs and defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty"), that Liberty's time to answer, move, or otherwise respond to the complaint in the above-entitled action is extended from March 29, 2008 until and including April 23, 2008.

**IT IS FURTHER AGREED**, that Liberty waives any personal jurisdiction defenses that it may have in this matter.

Dated: New York, New York
       March 21, 2008

GREENBLATT LESSER LLP

By: _____
    Gershon D. Greenblatt, Esq.
Attorneys for Plaintiffs
SCHIAVONE CONSTRUCTION CO., INC.,
SCHIAVONE CONSTRUCTION CO., INC./
GRANITE HALMAR, a joint venture and
NEW YORK CITY TRANSIT AUTHORITY
370 Lexington Avenue, Suite 505
New York, New York 10017
(212) 682-9832

JAFFE & ASHER LLP

By: _____
    Barak P. Cardenas, Esq. (BC-1276)
    Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Defendant
LIBERTY MUTUAL
INSURANCE COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

So Ordered: 25 March 2008

_____
Hon. Victor Marrero, U.S.D.J.