UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SCHIAVONE CONSTRUCTION CO. INC.,
SCHIAVONE CONSTRUCTION CO.
INC./GRANITE HALMAR, a joint venture and
NEW YORK CITY TRANSIT AUTHORITY,

     Plaintiffs,

 -against-

LIBERTY MUTUAL INSURANCE COMPANY,

     Defendant.
-----------------------------------------------------------------x

Civil Action No.:
08 CV 2523 (LAP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
       ) ss.:
COUNTY OF NEW YORK)

  I, Irina Finkler, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Kings.

  That on April 15, 2008, I served a copy of the within **Answer**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

    GREENBLATT LESSER LLP
    370 Lexington Avenue, Suite 505
    New York, New York 10017

          *Irina Finkler*
          Irina Finkler

Sworn to before me this
15th day of April, 2008

*Susan E. Fioretti*
NOTARY PUBLIC

SUSAN E. FIORETTI
Notary Public, State of New York
No. 01FL4923004
Qualified in Queens County
Commission Expires March 14, 20 10